Submitted May 6, reversed June 15, 2016

In the Matter of T. W.,
A Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

T. W.,
*Appellant.*

Multnomah County Circuit Court
14C22619; A159770

379 P3d 841

Kenneth A. Kreuscher filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Lagesen, Judge, and Garrett, Judge.

## PER CURIAM

Appellant seeks reversal of an order that, under ORS 426.130(1)(a)(C), committed him to the Oregon Health Authority for a period not to exceed 180 days based on the trial court's determination that, because of a mental disorder, he was unable to provide for his basic personal needs. *Former* ORS 426.005(l)(e)(B) (2013), *amended by* Or Laws 2015, ch 461, § 1, *renumbered as* ORS 426.005(1)(f)(B) (2015) ("'Person with mental illness' means a person who, because of a mental disorder, is * * * [u]nable to provide for basic personal needs and is not receiving such care as is necessary for health or safety."). Appellant asserts, and the state concedes, that the evidence was insufficient to support the trial court's determination. ORS 426.130(1)(a)(C); *see State v. D. M.*, 245 Or App 466, 470, 263 P3d 1086 (2011) ("In order to civilly commit a person, the state must prove, by clear and convincing evidence, that the person is mentally ill."). We agree, accept the state's concession, and reverse.

Reversed.